No. 12–8604.  GUY *v.* MORROW, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–8608.  GIBBS *v.* THOMAS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–8610.  GREGORY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–8612.  HERNANDEZ-PEREZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–8613.  RICKERT *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 12–8614.  FIELDS *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 12–8621.  BURROWES *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–8626.  RICHARDSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–8627.  RICE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–8629.  WEIR *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 12–8636.  STEVENS *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 12–8638.  DIVER *v.* SMITH, ADMINISTRATOR, ALBEMARLE CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 12–8640.  CALVO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–8641.  DELEO *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–8642.  DOYLE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 12–8643.  DAVISON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.